1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**

9

10   DANIEL RUBIO,                          )   Case No.: 5:20-cv-02096-GJS
                                            )
11            Plaintiff,                    )   ORDER AWARDING EQUAL
                                            )   ACCESS TO JUSTICE ACT
12        vs.                               )   ATTORNEY FEES AND EXPENSES
                                            )   PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,                       )   AND COSTS PURSUANT TO 28
     Acting Commissioner of Social          )   U.S.C. § 1920
14   Security,                              )
                                            )
15            Defendant                     )
                                            )
16

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE:   February 25, 2022

23                                          _____

24                                          THE HONORABLE GAIL J. STANDISH
                                            UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1   DATE: February 22, 2022     Respectfully submitted,

2                               LAW OFFICES OF LAWRENCE D. ROHLFING INC., CPC

3                                       /s/   *Steven G. Rosales*

                            BY: _____
4                                   Steven G. Rosales
                                    Attorney for plaintiff Mr. Daniel Rubio
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26